NO. 07-02-0260-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

NOVEMBER 19, 2002

______________________________

MARK C. DREW, M.D., APPELLANT

V.

NORTHWEST TEXAS HEALTHCARE SYSTEM, INC., APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NO. 85,908-B; HONORABLE JOHN BOARD, JUDGE

_______________________________

Before REAVIS and JOHNSON, JJ. and BOYD, S.J.
(footnote: 1)
 Appellant Mark C. Drew, M.D., and appellee, Northwest Texas Healthcare System, Inc., filed an Agreed Motion to Dismiss on November 12, 2002, averring that they no longer wished to pursue this appeal.

Without passing on the merits of the case, the parties’ agreed motion for dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   All costs having been paid, no order pertaining to the costs is made.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.